THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMONT BEASLEY, Appellant.

Submitted July 19, 2010; decided August 26, 2010

Motion for assignment of counsel granted only to the extent that Jeremy Gutman, Esq., 233 Broadway, Suite 2707, New York, NY 10279 is assigned without fee to represent appellant on the appeal herein. Counsel may, however, apply for reimbursement of necessary disbursements incurred in connection with the assignment.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE BENSTON, Appellant.

Submitted June 28, 2010; decided August 26, 2010

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.